UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
In re: MICHAEL N. MOROKNEK,

                                           <u>ORDER</u>
                                           05-CV-3831(JS)

                    Debtor.
--------------------------------X
<u>APPEARANCES</u>:
For Appellant
Vivian Moroknek            Vivian Moroknek, <u>Pro</u> <u>se</u>
                           11 Grove Place
                           Northport, NY 11768


For Appellee
Bank of America            Jeffrey Neil Zipser, Esq.
                           Carus & Manniello, P.C.
                           115 Eileen Way
                           Syosset, NY 11791-9021


For Debtor                 Scott R. Schneider, Esq.
Michael Moroknek           117 Broadway
                           Hicksville, NY 11801


For Trustee                Marc A. Pergament, Esq.
Marc A. Pergament          Weinberg, Gross & Pergament, LLP
                           400 Garden City Plaza, Suite 403
                           Garden City, NY 11530


SEYBERT, District Judge:

        On June 20, 2005, United States Bankruptcy Judge Melanie

Cyganowski issued an order granting Appellee Bank of America's

("BOA") request that the automatic stay imposed by 11 U.S.C. §

362(a) be lifted so that BOA could proceed with a foreclosure

action in New York Supreme Court for the County of Suffolk.  The

mortgage foreclosure action concerned real property located at 11

Grove Place, Northport, New York.

        On August 11, 2005 <u>pro</u> <u>se</u> Appellant Vivian Moroknek

("Appellant") appealed the Bankruptcy Court's decision.  Pursuant

to this Court's Individual Rules and Rule 8009 of the Federal Rules

of Bankruptcy Procedure, an appellant must "serve and file a brief within 15 days after entry of the appeal on the docket." Fed. R. Bankr. P. 8009(a)(1). Her brief, having not yet been filed, is obviously untimely.

However, in light of her pro se status, the Court grants Appellant twenty (20) days from the date she receives this Order to file her brief. The brief should set forth the basis of the appeal and provide, if appropriate, citation to documents in the appellate record, applicable statutes, and/or pertinent case law. The Appellee is directed to file its opposition "within 15 days after service" of the Appellant's brief. Fed. R. Bankr. P. 8009(a)(2). Appellant may serve a reply "within 10 days after service of the brief of the Appellee." Fed. R. Bankr. P. 8009(a)(3).

Failure to file a brief within twenty (20) days of receipt of this Order may result in dismissal of the Appeal. Should Appellant require assistance in preparing her brief, she should contact this Court's Pro se Clerk's Office at (631) 712-6060.

SO ORDERED

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: February 27, 2006
Central Islip, NY