UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
In re: MICHAEL N. MOROKNEK,

                                    <u>ORDER</u>
                                     05-CV-3831(JS)

              Debtor.
--------------------------------X
<u>APPEARANCES</u>**:**
For Appellant
Vivian Moroknek              Vivian Moroknek, <u>Pro</u> <u>se</u>
                              11 Grove Place
                              Northport, NY 11768

For Appellee
Bank of America             Jeffrey Neil Zipser, Esq.
                              Carus & Manniello, P.C.
                              115 Eileen Way
                              Syosset, NY 11791-9021

For Debtor                 Scott R. Schneider, Esq.
Michael Moroknek            117 Broadway
                              Hicksville, NY 11801

For Trustee              Marc A. Pergament, Esq.
Marc A. Pergament          Weinberg, Gross & Pergament, LLP
                              400 Garden City Plaza, Suite 403
                              Garden City, NY 11530

SEYBERT, District Judge:

       On February 27, 2006, this Court issued an Order ("February Order") <u>sua</u> <u>sponte</u> granting the <u>pro</u> <u>se</u> Appellant an extension of time to file a brief in support of her appeal as required by Rule 8009 of the Federal Rules of Bankruptcy Procedure. The Appellant was allowed to file her brief within twenty (20) days from the date she received a copy of the February Order. A copy of the February Order was sent to Appellant via United States mail on February 27, 2006. The time for filing a brief in accordance with the February Order has passed and the Court has not received any indication from Appellant that she wishes to continue this Appeal.

In the February Order, the Court informed the Appellant that "[f]ailure to file a brief within twenty (20) days of receipt of this Order may result in dismissal of the Appeal."  February Order at 2.  This Order constitutes Appellant's final warning. Failure to file any brief within twenty (20) days of receipt of this Order will result in dismissal of the Appeal for failure to prosecute.  See Fed. R. Civ. P. 41(b).

                                        SO ORDERED

                                        /s/ JOANNA SEYBERT
                                        Joanna Seybert, U.S.D.J.

Dated:     April  20 , 2006
           Central Islip, NY