UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
In re: MICHAEL N. MOROKNEK,

                          ORDER
                          05-CV-3831(JS)

            Debtor.
--------------------------------X

APPEARANCES:
For Appellant
Vivian Moroknek         Vivian Moroknek, Pro se
                  11 Grove Place
                  Northport, NY 11768


For Appellee
Bank of America        Jeffrey Neil Zipser, Esq.
                  Carus & Manniello, P.C.
                  115 Eileen Way
                  Syosset, NY 11791-9021


For Debtor           Scott R. Schneider, Esq.
Michael Moroknek      117 Broadway
                  Hicksville, NY 11801


For Trustee          Marc A. Pergament, Esq.
Marc A. Pergament     Weinberg, Gross & Pergament, LLP
                  400 Garden City Plaza, Suite 403
                  Garden City, NY 11530

SEYBERT, District Judge:

      This Court has on two separate occasions informed the pro se Appellant Vivian Moroknek ("Appellant") that failure to file a brief in support of her Appeal would result in dismissal of her appeal for failure to prosecute. Most recently, in an Order dated April 20, 2006 ("April Order"), the Court informed the Appellant that "[f]ailure to file any brief within twenty (20) days of receipt of this Order will result in dismissal of the Appeal for failure to prosecute."

      The docket indicates that a copy of the April Order was mailed to Plaintiff on April 20, 2006. The time for filing an

appellate brief has passed and the Court has yet to receive any response from Appellant. Accordingly, the Appeal is hereby dismissed pursuant to Federal Rule of Civil Procedure 41(b). <u>See In re Tampa Chain Co., Inc.</u>, 835 F.2d 54, 56 (2d Cir. 1987) (affirming the district court's dismissal of a bankruptcy appeal for failing to comply with Rule 8009 where "defendants filed no brief for some seven months after the due date, that their attorney offered no explanation or excuse for their failure to file a brief, and that the district court dismissed for failure to prosecute only after it . . . inquired as to the reason for the failure to file and was given no explanation").

The Clerk of the Court is directed to close this case.

SO ORDERED

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:    June  2 , 2006
          Central Islip, NY

2