**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

In re: MICHAEL N. MOROKNEK,

                    Debtor,
----------------------------------------------------------X

VIVIAN MOROKNEK,

                    Appellant,

                                                    **JUDGMENT**
                                                    CV-05-3831 (JS)

          -against-


BANK OF AMERICA,

                    Appellee,
----------------------------------------------------------X


        An Order of Honorable Joanna Seybert, United States District Judge, having been filed

on June 2, 2006, dismissing the bankruptcy appeal of appellant, Vivian Moroknek for failure to

prosecute, it is

        **ORDERED AND ADJUDGED** that the bankruptcy appeal is hereby dismissed.


Dated: Central Islip, New York
       June 6, 2006


                                          ROBERT C. HEINEMANN
                                          CLERK OF THE COURT

                                   BY:    S/S LORRAINE SAPIENZA
                                          DEPUTY CLERK